

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-19-00086-CR

Nathan **FOUGHT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR10858
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's court-appointed public defender has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed appellant of his right to file his own brief and provided appellant with a form motion for requesting the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no writ). The State has filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief.

If appellant desires to request the appellate record, he must file the motion requesting the record within ten (10) days of the date of this order. If appellant desires to file a pro se brief, he must do so within twenty (20) days of the date of this order. If appellant files a pro se brief, the State may file a responsive brief no later than twenty (20) days after the date appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court